SAMUEL MORGENBESSER, Respondent, *v.* NEW YORK RAILWAYS CORPORATION, Appellant, and NEW YORK STEAM CORPORATION, Respondent.

(Argued January 25, 1933; decided February 28, 1933.)

*Henry J. Smith* and *Joseph A. Zelaskow* for appellant.
*Harry A. Gair, Isadore Apfel* and *Joseph R. Apfel* for plaintiff-respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.